IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. <u>SAG-20-0207</u> |
| DANIEL WILLIAMS, and<br>DAVID BANKS, | : |
| Defendants. | : |

## <u>MOTION FOR EXCLUSION OF TIME FROM SPEEDY TRIAL COMPUTATIONS</u>

The United States of America, by and through undersigned counsel, hereby moves this Court as follows:

1. The Speedy Trial Act, 18 U.S.C. § 3161, requires that a defendant be brought to trial within 70 days of indictment or initial appearance. The Act does provide for various circumstances under which the computation of time may be excluded.  18 U.S.C. § 3161(h).

2. On July 21, 2020, a grand jury sitting in the District of Maryland indicted Jamai WELLS, Daniel WILLIAMS, and David BANKS in a ten-count indictment.[1]

3. On August 19, 2020, BANKS had his initial appearance on the indictment.  The Court held BANKS pending trial in this matter after a detention hearing on August 21, 2020.  The Government provided discovery to BANKS and held a reverse proffer with BANKS on October 14, 2020.

4. On May 26, 2021, the Court held an attorney inquiry hearing and granted BANKS' request.

---

[1] WILLIAMS is also defendants in SAG-19-486. The Speedy Trial Exclusion in that case runs through his motions hearing in that matter on April 25, 2022, at which time the Government shall request another exclusion through at least the date of this request. There are no trial dates set in the SAG-19-486.

1

ECF 30.   The Government held a reverse proffer with new counsel on February 25, 2022.

5. BANKS' counsel withdrew his representation in April 2022.   ECF 54.   The Court appointed a third attorney to BANKS on April 27, 2022.   ECF 56.   The Government met with new counsel for BANKS in June 2022 and provide a fulsome reverse proffer.   The parties discussed how to resolve this matter short of a trial after the presentation.

6. On October 5, 2020, WILLIAMS had his initial appearance on the indictment.[2]   He consented to detention.   The Government provided discovery to WILLIAMS and held a reverse proffer with counsel.

7. On March 2, 2022, WILLIAMS acquired new counsel.   ECF 48.

8. There are no pending court dates, although the parties have asked for a Scheduling Order with a trial date in WILLIAMS' other federal indictment.

9. The Court previously excluded time through August 30, 2022.   The Government is now requesting to exclude time from the speedy trial clock to include August 30, 2022 through December 31, 2022.   The circumstances of this case permits such a delay and an exclusion of time during this period.   Periods of delay that extend the time within which trial should commence include delays granted by the Court on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant's right in a speedy trial.   18 U.S.C. § 3161(h)(7)(A).   In this case, the requested extension of time will give WILLIAMS time to consider a plea in light of his pending trial in his other federal case.   A plea disposition would serve the interests of justice because it would allow the parties to enter into a

---

[2] WILLIAMS is also charged in a separate federal indictment charging conspiracy to carjack, in violation of 18 U.S.C. § 2119 and other related charges.   See SAG-19-486.   There are no trial dates in that matter.

mutually acceptable and beneficial disposition and would also preserve the resources that might otherwise be expended in a trial. It will also allow WILLIAMS and his counsel time to focus on preparing the other matter for trial. Therefore, in this case the ends of justice served by extending the computation of time under the Speedy Trial Act outweigh the interests of the defendant, and the public, in a speedy trial, and the resulting delay is permissible pursuant to 18 U.S.C. § 3161(h)(7).

10.    Counsel for WILLIAMS does not object; the Government told counsel for BANKS about this motion prior to filing.

WHEREFORE, the United States hereby requests that the Court issue an Order providing for the requested exclusion of time from August 30, 2022 through December 31, 2022.

A proposed Order is attached herein.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:    _____/s/_____
Patricia McLane
Brandon Moore
Assistant United States Attorneys

Filed ECF: September 1, 2022